UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CARLTON KNOWLES,

    Plaintiff,

-against-

TRABERT AND HOEFFER, INC.,

    Defendant.

Case No.: 1:19-cv-5004

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, CARLTON KNOWLES, are hereby dismissed without prejudice, in their entirety, as against Defendant, TRABERT AND HOEFFER, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 27, 2019
      New York, New York

                                           _/s/ C.K. Lee_
                                           C.K. Lee, Esq.
                                           Lee Litigation Group, PLLC
                                           148 West 24th Street, Eighth Floor
                                           New York, NY 10011
                                           Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.